# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SCHANEIQUA MARIE WRIGHT | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-2176-S |
| C.R. BARD INCORPORATED, et al. | § § | |

## SECOND AMENDED NOTICE OF TRIAL SETTING AND ORDER

The Court amends its October 30, 2020 Amended Notice of Special Trial Setting and Order [ECF NO. 142] as follows:

1. This case is set for **jury** trial on the Court's three-week docket beginning **April 28, 2021** (the "Trial Setting"). Trial may commence any time during this three-week docket. If the case is not reached at this setting, it will be reset after considering input from the parties. Reset or continuance of the Trial Setting does not alter the deadlines in this Order unless expressly provided by court order.

2. The parties shall file all pretrial materials 30 days before the Trial Setting. Failure to timely file pretrial materials may result in dismissal for want of prosecution. Pretrial materials shall include the following:

   a. Pretrial order pursuant to LR 16.4;

   b. Exhibit lists and witness lists pursuant to LR 26.2 and FRCP 26(a)(3). Witness lists should include a brief summary of the substance of anticipated testimony (not just a designation of subject area) and the likelihood of testimony at trial. Exhibit lists must include any materials to be shown to the jury, including demonstrative aids;

   c. Proposed jury charge or proposed findings of fact and conclusions of law. Such documents shall be both e-filed and emailed in "Word" format to Scholer_Orders@txnd.uscourts.gov. Any objections to the proposed jury charge shall be filed no later than 5 days before the final pretrial conference. Objections not so disclosed are waived unless excused by the Court for good cause;

      d.      Motions in limine;

      e.      Requested voir dire questions.

The deadlines for deposition designations and objections thereto are stayed pending further order from the Court.

3.     The pretrial conference shall be held on **March 29, 2021, at 1:00 p.m.** Lead counsel must attend. The parties shall be prepared to address all exhibits, witnesses, deposition excerpts, motions in limine, trial briefs, requested voir dire questions, and any objections to such filings. The Court expects the parties to have conferred and reach agreement where possible prior to the final trial conference. The parties shall bring their proposed exhibits labeled as required by LR 26.2(a).

**SO ORDERED.**

SIGNED February 8, 2021.

                                                       **KAREN GREN SCHOLER**
                                                       **UNITED STATES DISTRICT JUDGE**